IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,               )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )          5:20-cv-00236-BO
                                        )
ALTON EUGENE WHITE, Doing Business As   )
White's Lawn Care Service,              )
                                        )
                                        )
            Defendant.                  )

**DEFAULT JUDGMENT**

For the reasons stated in the United States' Request for Entry of Default Judgment, the request is GRANTED and default judgment is hereby entered on behalf of the United States and against defendant Alton White as follows:

Alton White is indebted to the United States for unpaid employment taxes for the second quarter of 2005; the second, third, and fourth quarters of 2007; all quarters of 2008, 2009, and 2013; for unpaid unemployment taxes for 2007, 2008, and 2009; and penalty for failure to file Forms W-2 and W-3 for 2008, in the total amount of $155,395.67, as of June 15, 2020. Interest will accrue on this judgment pursuant to 26 U.S.C. § 6621 until paid.

This the   8   day of  March, 2021.

_____
Peter A. Moore, Jr.
Clerk of Court